

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 278TH DISTRICT COURT OF WALKER COUNTY, GREETINGS:

On September 25, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Ruzel Love, Jr. v. Felicia Moss and University of Texas Medical Branch

Court of Appeals No. 15-25-00077-CV
Trial Court No. 2230739

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the judgment in favor of appellees, Felicia Moss and the University of Texas Medical Branch, signed March 11, 2025, was heard on the appellate record. On August 21, 2025, we issued a notice stating that appellant's brief was due September 2, 2025, and that the Court may dismiss the appeal for want of prosecution unless appellant reasonably explained the failure to timely file a brief and how appellees are not significantly injured by that failure. The notice further stated that if appellant did not file either a motion for extension of time to file a brief or a brief accompanied by a motion for extension with this Court by September 2, 2025, the appeal would be subject to dismissal without further notice for want of prosecution. Appellant failed to file a request for extension to file a brief

and failed to explain his failure to timely file a brief and how appellee is not significantly injured by that failure. We therefore order the appeal **DISMISSED** for want of prosecution.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this December 22, 2025.

**CHRISTOPHER A. PRINE, CLERK**